**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARGIE CARTER**<br><br>        v.<br><br>**ANGELS OF CARE, LLC and EDISON RAPI** | **CIVIL ACTION**<br><br>**NO. 24-790** |

## <u>ORDER RE: PARTIAL MOTION TO DISMISS</u>

  **AND NOW** this 16th day of July, 2024, for the reasons stated in the foregoing

memorandum, it is hereby **ORDERED** that Defendants' Partial Motion to Dismiss Plaintiff's

Second Amended Complaint (ECF 11) is **DENIED**.  Plaintiff will file a Third Amended

Complaint correcting the error in date identified in footnote 1 of the foregoing memorandum

within fourteen (14) days.

      **BY THE COURT:**

      **/s/ Michael M. Baylson**
      _____
      **MICHAEL M. BAYLSON**
      **United States District Court Judge**